```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ASHLEY FRANCIS,**

                **Plaintiff,**

-against-

**52 WALKER CORP. ET AL,**

                **Defendant.**

**17-cv-1578 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    September 8, 2020
             New York, New York

*[signature: Andrew L. Carter]*

             **ANDREW L. CARTER, JR.**
             **United States District Judge**